```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 30, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Alpha Ship GMBH & Co. Kg,

           Plaintiff,

  -against-

New Econ Line Pte Ltd,

           Defendant.
-----------------------------------------------------------X

09 Civ. 1401 (PAC)
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since February 17, 2009, and there having been no activity since May 5, 2009, it is,

ORDERED, that the above-entitled action is DISMISSED, and the maritime attachment order is vacated. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       September 30, 2009

SO ORDERED

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge

1